**Paul D. Polidoro**
**Associate General Counsel**
**WATCH TOWER BIBLE AND TRACT**
**SOCIETY OF PENNSYLVANIA**
**Legal Department**
**100 Watchtower Drive**
**Patterson, NY 12563**
**Tel: 845-306-1000**
**Email: ppolidor@jw.org**
**Attorney for Plaintiff**

### UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- X
**In Re DMCA Subpoena to Microsoft Corporation**   :   Case No. _____
  :
  :   Watch Tower Bible and Tract
  :   Society's Request to the Clerk for
  :   Issuance of Subpoena to Microsoft
  :   Pursuant to 17 U.S.C. § 512(h) to
  :   Identify Alleged Infringers
  :
--------------------------------------------------------------------- X

Plaintiff, Watch Tower Bible and Tract Society of Pennsylvania (hereinafter "Watch Tower") through its undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena to Microsoft Corporation to identify alleged infringers at issue, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (hereinafter the "DMCA Subpoena"). The proposed DMCA Subpoena is attached hereto as **Exhibit A**.

The DMCA Subpoena is directed to Microsoft Corporation, the service provider of OneDrive, to which the infringing party with the username, "Fay Dehr", posted content at the URLs:

1. https://onedrive.live.com/view.aspx?cid=3AA3231797BCAB60&authKey=%21AFK0dAM1wDUG9es&resid=3AA3231797BCAB60%21134&ithint=%2Epdf&open=true&app=WordPdf

2. https://onedrive.live.com/?authkey=%21ALUNkrAMawjjWpc&cid=3AA3231797BCAB60&id=3AA3231797BCAB60%21132&parId=3AA3231797BCAB60%211127&o=OneUp

This content infringes copyrights held by Watch Tower.  (See Declaration of Paul D. Polidoro (hereinafter "Polidoro Decl. **Exhibit B**").

Watch Tower has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

(1) Watch Tower has submitted copies of notifications pursuant to 17 U.S.C. § 512(c)(3)(A) as **Exhibit 1** to the Declaration of Paul D. Polidoro.

(2) Watch Tower has submitted the proposed DMCA Subpoena attached hereto as **Exhibit A**; and

(3) Watch Tower, through its counsel of record, has submitted a sworn declaration confirming that the purpose for which the DMCA Subpoena is sought is to obtain the identity of an alleged infringer or infringers, and that such information will only be used for the purpose of protecting Watch Tower's rights under Title 17 U.S.C. § 512(h)(2). *See* Polidoro Decl., ¶ 4.

Having complied with the statutory requirements, Watch Tower respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant to 17 U.S.C. § 512(h)(4).

Dated: August 3, 2018         /s/ Paul D. Polidoro
                              Paul D. Polidoro
                              Associate General Counsel
                              SDNY Bar No. PP2509
                              WATCH TOWER BIBLE AND TRACT
                              SOCIETY OF PENNSYLVANIA
                              Legal Department
                              100 Watchtower Drive
                              Patterson, NY 12563
                              Telephone: 845-306-1000
                              Facsimile: 845-306-0709
                              Attorney for Plaintiff