UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X  **RULE 7.1 DISCLOSURE STATEMENT**

IN RE DMCA SUBPOENA TO                                                      **CASE NO.: 7:18-361**
MICROSOFT CORPORATION

------------------------------------------------------------------------X

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Watch Tower Bible and Tract Society of Pennsylvania, a private non-governmental party, certifies that:

Watch Tower Bible and Tract Society of Pennsylvania, has no parent corporation and there is no publicly held corporation that owns 10% or more shares of its stock.  Further, it has no subsidiaries or affiliates that have issued shares to the public.

In Patterson, New York, this 3rd day of August 2018.

        Respectfully submitted,

        s/ Paul D. Polidoro
        Paul D. Polidoro
        SDNY Bar No.: PP2509
        Associate General Counsel
        Legal Department
        Watch Tower Bible and Tract
         Society of Pennsylvania
        100 Watchtower Drive
        Patterson, NY 12563
        E-mail: ppolidor@jw.org
        Telephone:  (845) 306-1000
        Facsimile:  (845) 306-0709

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

    I hereby certify that on August 3, 2018 I electronically filed the foregoing Plaintiffs' Rule 7.1 Disclosure Statement with the Clerk of the Court using the CM/ECF system.

    At Patterson, New York, August 3, 2018.

                             / Paul D. Polidoro
                             Paul D. Polidoro
                             SDNY Bar No.: PP2509
                             Associate General Counsel
                             Legal Department
                             Watch Tower Bible and Tract
                               Society of Pennsylvania
                             100 Watchtower Drive
                             Patterson, NY 12563
                             E-mail: ppolidor@jw.org
                             Telephone:  (845) 306-1000
                             Facsimile:  (845) 306-0709

                             Counsel for Plaintiff Watch Tower Bible and Tract Society of Pennsylvania